IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:93-CR-00026-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSE ANGEL PEREZ, | ) | |
| Defendant. | ) | |

This matter is before the court on Jose Angel Perez's Motion to Reconsider [DE-25] the court's October 18, 2012 Order [DE-24]. In the court's October 18, 2012 Order, the undersigned found that Perez's motion was a successive § 2255 motion that the court lacked jurisdiction to decide.

Following a review of the record and the court's October 18, 2012 Order, the undersigned finds that the court's order adequately sets forth the reasoning for denying Perez's Rule 60(b) motion [DE-23]. Additionally, the court sees no meritorious reason to disturb its ruling. For these reasons, Perez's Motion to Reconsider [DE-25] is DENIED.

SO ORDERED.

This, the 25th day of June, 2013

_James C. Fox_
James C. Fox
Senior United States District Judge